# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 17-cr-10098-GAO |
| ) | |
| BURHAN UD DIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## Government's Amended Exhibit List

The government submits the attached amended list of potential trial exhibits, which adds to and replaces several exhibits from the most recently submitted list (Dkt. 129). The new exhibits are:

- Ex. 33
- Ex. 177
- Ex. 183
- Ex. 184
- Exs. 190–201, which replace Exs. 190–193 from Dkt. 129.

Exhibit numbers with no accompanying description were intentionally left blank to allow for the possible future addition of an exhibit of the same or a similar type.

The government reserves the right to supplement this list as necessitated by matters arising between now and the conclusion of trial, including arguments or evidence presented by the defense.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Brian A. Pérez-Daple
Scott L. Garland
Brian A. Pérez-Daple
Assistant U.S. Attorneys

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 23, 2019                                          <u>*/s/ Brian A. Pérez-Daple*</u>
                                                                              Assistant United States Attorney

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

| Exhibit | Description | Admitted Date/Witness |
|---|---|---|
| 1 | Notepad - Boston Store (June 2009 - April 2010) | |
| 2 | Notepad - Boston Store (April 2010 - Aug. 2010) | |
| 3 | Notebook - Boston Store (Aug. 2010 - Oct. 2011) | |
| 4 | Accounting Notebook - Boston Store (March 2013 - July 2013) | |
| 5 | Accounting Notebook- Chelsea Store (June 2009 - March 2011) | |
| 6 | Accounting Notebook - Chelsea Store (Aug. 2012 - July 2013) | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Din 2008 IRS 8879 e-File Signature Authorization | |
| 11 | Din 2009 IRS 8879 e-File Signature Authorization | |
| 12 | Din 2009 W-2 (1041 Tremont Inc) | |
| 13 | Din 2009 W-2 (Crown Fried Chicken) | |
| 14 | Din 2010 IRS 8879 e-File Signature Authorization | |
| 15 | Din 2011 IRS 8879 e-File Signature Authorization | |
| 16 | Din 2012 IRS 8879 e-File Signature Authorization | |
| 17 | Din 2013 IRS 8879 e-File Signature Authorization | |
| 18 | | |
| 19 | | |
| 20 | Blank IRS Form 941 (2009) | |
| 21 | Blank IRS Form 941 (2010) | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Burhan Din IRS Form 1040 (2008) | |
| 26 | Burhan Din IRS Form 1040 (2009) | |
| 27 | Burhan Din IRS Form 1040A (2010) | |
| 28 | Burhan Din IRS Form 1040A (2011) | |
| 29 | Burhan Din IRS Form 1040A (2012) | |
| 30 | Burhan Din IRS Form 1040A (2013) | |
| 31 | | |
| 32 | | |
| 33 | Din personal check dated Aug. 22, 2008 (BofA account ending 0514) | |
| 34 | | |
| 35 | Calculation of Payroll Taxes Due – Chelsea Store (Q2 2009 - Q2 2010) | |
| 36 | Calculation of Payroll Taxes Due - Chelsea Store (Q2 2009-Q4 2010) | |

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

| Exhibit | Description | Admitted Date/Witness |
|---|---|---|
| 37 | Calculation of Profits (Chelsea Store - Q2 2009 - Q2 2010) | |
| 38 | Calculation of Profits (Chelsea Store - Q2 2009 - Q4 2010) | |
| 39 | Calculation of Unreported Payroll (Chelsea Store - Q2 2009 - Q2 2010) | |
| 40 | Calculation of Unreported Payroll (Chelsea Store - Q2 2009 - Q4 2010) | |
| 41 | Schedule of Wages Paid by Chelsea Store (2009-2010) | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | IRS Form 941 Instructions (2008) | |
| 46 | IRS Form 941 Instructions (2009) | |
| 47 | IRS Form 941 Instructions (2010) | |
| 48 | IRS Form 941 Instructions (2011) | |
| 49 | IRS Form 941 Instructions (2012) | |
| 50 | IRS Form 941 Instructions (2013) | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | Boston Store Form 941 (Q1 2009) | |
| 56 | Boston Store Form 941 (Q2 2009) | |
| 57 | Boston Store Form 941 (Q3 2009) | |
| 58 | Boston Store Form 941 (Q1 2010) | |
| 59 | Boston Store Form 941 (Q2 2010) | |
| 60 | Boston Store Form 941 (Q3 2010) | |
| 61 | Boston Store Form 941 (Q4 2010) | |
| 62 | Boston Store Form 941 (Q1 2011) | |
| 63 | Boston Store Form 941 (Q2 2011) | |
| 64 | Chelsea Store Form 941 (Q2 2009) | |
| 65 | Chelsea Store Form 941 (Q3 2009) | |
| 66 | Chelsea Store Form 941 (Q4 2009) | |
| 67 | Chelsea Store Form 941 (Q1 2010) | |
| 68 | Chelsea Store Form 941 (Q2 2010) | |
| 69 | Chelsea Store Form 941 (Q3 2010) | |
| 70 | Chelsea Store Form 941 (Q4 2010) | |
| 71 | Jamaica Plain Form 941 (Q4 2010) | |
| 72 | Jamaica Plain Form 941 (Q1 2011) | |
| 73 | Jamaica Plain Form 941 (Q2 2011) | |
| 74 | Jamaica Plain Form 941 (Q3 2011) | |
| 75 | Jamaica Plain Form 941 (Q4 2011) | |

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

| Exhibit | Description | Admitted Date/Witness |
|---|---|---|
| 76 | Jamaica Plain Form 941 (Q1 2012) | |
| 77 | Jamaica Plain Form 941 (Q2 2012) | |
| 78 | Jamaica Plain Form 941 (Q3 2012) | |
| 79 | Jamaica Plain Form 941 (Q4 2012) | |
| 80 | Jamaica Plain Form 941 (Q1 2013) | |
| 81 | Jamaica Plain Form 941 (Q2 2013) | |
| 82 | Jamaica Plain Form 941 (Q3 2013) | |
| 83 | | |
| 84 | | |
| 85 | Chelsea Store Exterior Photo | |
| 86 | Chelsea Store Interior Photo | |
| 87 | Chelsea Store Kitchen Photo | |
| 88 | Chelsea Store Interior Storage Photo | |
| 89 | Chelsea Store Employee Phone Number List Photo | |
| 90 | Boston Store Exterior Photo | |
| 91 | Jamaica Plain Store Interior Photo | |
| 92 | Jamaica Plain Store Refrigerator Photo | |
| 93 | Jamaica Plain Store Basement Photo | |
| 94 | Jamaica Plain Store Sketches | |
| 95 | Jamaica Plain Store Exterior (1) | |
| 96 | Jamaica Plain Store Exterior (2) | |
| 97 | | |
| 98 | | |
| 99 | | |
| 100 | Form 941 Account Transcript - Chelsea Store (Q2 2009) | |
| 101 | Form 941 Account Transcript - Chelsea Store (Q3 2009) | |
| 102 | Form 941 Account Transcript - Chelsea Store (Q4 2009) | |
| 103 | Form 941 Account Transcript - Chelsea Store (Q1 2010) | |
| 104 | Form 941 Account Transcript - Chelsea Store (Q2 2010) | |
| 105 | Form 941 Account Transcript - Chelsea Store (Q3 2010) | |
| 106 | Form 941 Account Transcript - Chelsea Store (Q4 2010) | |
| 107 | Form 941 Account Transcript - Chelsea Store (Q1 2011) | |
| 108 | Account Transcript Showing W-2 Wages for Chelsea Store (2010) | |
| 109 | | |
| 110 | | |
| 111 | | |
| 112 | | |
| 113 | | |
| 114 | | |
| 115 | Form 941 Account Transcript (Boston Store Q1 2009) | |
| 116 | Form 941 Account Transcript (Boston Store Q2 2009) | |
| 117 | Form 941 Account Transcript (Boston Store Q3 2009) | |

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

| Exhibit | Description | Admitted Date/Witness |
|---|---|---|
| 118 | Form 941 Account Transcript (Boston Store Q4 2009) | |
| 119 | Form 941 Account Transcript (Boston Store Q1 2010) | |
| 120 | Form 941 Account Transcript (Boston Store Q2 2010) | |
| 121 | Form 941 Account Transcript (Boston Store Q3 2010) | |
| 122 | Form 941 Account Transcript (Boston Store Q4 2010) | |
| 123 | Form 941 Account Transcript (Boston Store Q1 2011) | |
| 124 | Form 941 Account Transcript (Boston Store Q2 2011) | |
| 125 | Form 941 Account Transcript (Boston Store Q3 2011) | |
| 126 | Form 941 Account Transcript (Boston Store Q4 2011) | |
| 127 | Form 941 Account Transcript (Boston Store Q1 2012) | |
| 128 | Form 941 Account Transcript (Boston Store Q2 2012) | |
| 129 | Form 941 Account Transcript (Boston Store Q3 2012) | |
| 130 | Form 941 Account Transcript (Boston Store Q4 2012) | |
| 131 | Form 941 Account Transcript (Boston Store Q1 2013) | |
| 132 | Form 941 Account Transcript (Boston Store Q2 2013) | |
| 133 | Form 941 Account Transcript (Boston Store Q3 2013) | |
| 134 | | |
| 135 | | |
| 136 | | |
| 137 | | |
| 138 | | |
| 140 | Form 941 Account Transcript (Jamaica Plain Q4 2010) | |
| 141 | Form 941 Account Transcript (Jamaica Plain Q1 2011) | |
| 142 | Form 941 Account Transcript (Jamaica Plain Q2 2011) | |
| 143 | Form 941 Account Transcript (Jamaica Plain Q3 2011) | |
| 144 | Form 941 Account Transcript (Jamaica Plain Q4 2011) | |
| 145 | Form 941 Account Transcript (Jamaica Plain Q1 2012) | |
| 146 | Form 941 Account Transcript (Jamaica Plain Q2 2012) | |
| 147 | Form 941 Account Transcript (Jamaica Plain Q3 2012) | |
| 148 | Form 941 Account Transcript (Jamaica Plain Q4 2012) | |
| 149 | Form 941 Account Transcript (Jamaica Plain Q1 2013) | |
| 150 | Form 941 Account Transcript (Jamaica Plain Q2 2013) | |
| 151 | Form 941 Account Transcript (Jamaica Plain Q3 2013) | |
| 152 | | |
| 153 | | |
| 154 | | |
| 155 | Restaurant Depot Sales and Invoices (Boston Store 2010-2013) | |
| 156 | Hershey Creamery Sales and Invoices (Boston Store 2007-2013) | |
| 157 | NY Poultry Invoices (Chelsea Store - 2009) | |
| 158 | NY Poultry Invoices (Chelsea Store - 2010) | |
| 159 | NY Poultry Invoices (Chelsea Store - 2011) | |

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

| Exhibit | Description | Admitted Date/Witness |
|---|---|---|
| 160 | Hershey Creamery Sales History Report (Chelsea Store - 2008-2012) | |
| 161 | American Sirloin Invoices (Chelsea Store - 2010-2013) | |
| 162 | Pepsi Invoice Report (Chelsea Store - 2010-2013) | |
| 163 | Restaurant Depot Receipts (Chelsea Store 2011-2013) | |
| 164 | Hershey Creamery Sales and Invoices (Jamaica Plain 2011-2013) | |
| 165 | | |
| 166 | | |
| 167 | | |
| 168 | | |
| 169 | | |
| 170 | Crown Fried Chicken Account Opening Statement (Sovereign) | |
| 171 | Sovereign Bank Records (Chelsea Store Dec. 2008 - Dec. 2009) | |
| 172 | Eman Crown Corp. Articles of Incorporation (Chelsea Store) | |
| 173 | Nasir Inc. Articles of Incorporation (Jamaica Plain Store) | |
| 174 | Food Establishment Application (Jamaica Plain Store) | |
| 175 | Lease (Jamaica Plain Store) | |
| 176 | Victualer's License Personal Information Form (Jamaica Plain Store) | |
| 177 | Chelsea Permitting and Inspection Records (Chelsea Store – 2008) | |
| 178 | U.S. Dept. of Homeland Security Travel Records for A. Al-Garibawi (2009) | |
| 179 | U.S. Dept. of Homeland Security Travel Records for A. Al-Garibawi (2010) | |
| 180 | Al-Garibawi Wage Chart | |
| 181 | Ali Payroll Wage Chart | |
| 182 | Irfan Payroll Wage Chart | |
| 183 | Statement of Discontinuation of Business for Boston Gourmet Pizza (Sept. 22, 2008) | |
| 184 | Occupancy Permit for Boston Gourmet Pizza (Nov. 19, 2007) | |
| 185 | | |
| 186 | | |
| 187 | | |
| 188 | | |
| 189 | | |
| 190 | N-400 Pre-Interview Preparation Worksheet | |

– **Government's Exhibit List** –
*United States v. Din*, No. 17-cr-10098-GAO

| Exhibit | Description | Admitted Date/Witness |
|---|---|---|
| 191 | N-400 Application for Naturalization, Submitted by Burhanud Din | |
| 192 | Passport from A-file | |
| 193 | U.S. Naturalization Test - Civics | |
| 194 | U.S. Naturalization Test English - Reading | |
| 195 | U.S. Naturalization Test English - Writing | |
| 196 | Wage, Earnings, Tax Documents from A-file | |
| 197 | N-652 Naturalization Interview Results | |
| 198 | Certificate Preparation Sheet and Oath Declaration | |
| 199 | N-400 Adjudication Processing Worksheet | |
| 200 | Form N-445 (signed March 18, 2010) | |
| 201 | Certificate of Naturalization | |